IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:17-CV-00206

| | |
|---|---|
| CARMAN D. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), and Defendant's response, it is this 7th day of July, 2020, by the United States District Court for the Western District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $5,597.50 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

**SO ORDERED**.

Signed: July 14, 2020

Graham C. Mullen
United States District Judge